

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRANSPORTATION CONCEPTS, INC. and ELOY CANALES, | § | No. 08-24-00036-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 131st District Court |
| | § | |
| | | of Bexar County, Texas |
| BRIAN RAMIREZ, | § | |
| Appellee. | | (TC# 2021CI04603) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse and render judgment in favor of Transportation Concepts Inc., on the theory of direct liability alleged against it. We reverse and remand for new trial on Brian Ramirez's claim against Eloy Canales. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 24th day of June 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)